UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO PEREZ-CASTRO, | ) |
| Petitioner, | ) CASE NO. C05-2052L |
| v. | ) |
| A. NEIL CLARK, *et al.*, | ) ORDER GRANTING STAY |
| Respondent. | ) OF REMOVAL |

On December 9, 2005, petitioner filed, through counsel, a Petition for Writ of Habeas Corpus and Motion for Stay pursuant to 28 U.S.C. § 2241 seeking an emergency stay of his removal *pendente lite*. The Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no view at this time as to the merits of petitioner's habeas petition and motion for stay.

(2) Respondents shall file a response to petitioner's request for stay within 10 days of the entry of this Order.

//

//

//

ORDER GRANTING STAY OF REMOVAL
PAGE – 1

1  (3) The Clerk shall direct a copy of this Order to all counsel of record.

2

3         DATED this 9th day of December, 2005.

4

5                                              /s/ Robert S. Lasnik

6                                              Robert S. Lasnik
                                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STAY OF REMOVAL
PAGE – 2