UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO PEREZ-CASTRO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> A. NEIL CLARK, *et al.*, ) <br> ) <br> Respondent. ) <br> _____) | CASE NO.  C05-2052L <br><br> ORDER GRANTING STAY <br> OF REMOVAL |

On December 9, 2005, petitioner filed, through counsel, a Petition for Writ of Habeas Corpus and Motion for Stay pursuant to 28 U.S.C. § 2241 seeking an emergency stay of his removal *pendente lite*.  The Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay.  The Court expresses no view at this time as to the merits of petitioner's habeas petition and motion for stay.

(2) Respondents shall file a response to petitioner's request for stay within 10 days of the entry of this Order.

//

//

//

ORDER GRANTING STAY OF REMOVAL
PAGE – 1

1  (3) The Clerk shall direct a copy of this Order to all counsel of record.

2

3         DATED this 9th day of December, 2005.

4

5

6                                                    Robert S. Lasnik
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STAY OF REMOVAL
PAGE – 2